**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, New Jersey 07102
(973) 848-4000
*Attorneys for Defendant*
*Laboratory Corporation of America Holdings*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GUERLAIN CASTRO, | ) | Civil Action No. |
| Plaintiff, | ) | |
| vs. | ) | |
| LABORATORY CORPORATION OF AMERICA HOLDINGS, | ) | **LOCAL CIVIL RULE 11.2 CERTIFICATION** |
| Defendant. | ) | |

The undersigned hereby certifies that the matter in controversy is not the subject of any other action pending in any Court or arbitration proceeding, that no other action or arbitration proceeding is contemplated and that there are no other parties currently known who should be joined in this action.

Respectfully Submitted,

/s/ George P. Barbatsuly
George P. Barbatsuly
K&L Gates LLP
One Newark Center - 10th Floor
Newark, NJ 07102
Tel: (973) 848-4104
Fax: (973) 848-4001
Email: george.barbatsuly@klgates.com

*Counsel for Defendant Laboratory Corporation of America Holdings*

Dated: November 14, 2024